UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOENIX LOGISTIC LTD,

                Plaintiff,           08 CV 5302

-v-

                              **ATTORNEY'S DECLARATION
                              THAT DEFENDANTS
                              CANNOT BE FOUND**
CENK SHIPPING S.A., and        **WITHIN THE DISTRICT**
TRUVA SHIPPING CORP.,

                Defendants.
------------------------------------------------------------X

      This declaration is executed by **George M. Chalos, Esq.**, counsel for the Plaintiff, PHOENIX LOGISTIC LTD in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-entitled, in personam, Admiralty cause.

      Pursuant to 28 U.S.C. §1746, **George M. Chalos, Esq.**, declares under the penalty of perjury:

      I am a Member of the firm of CHALOS & CO, P.C., attorneys for Plaintiff, PHOENIX LOGISTIC LTD, in the above referenced matter.

      I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the defendants, CENK SHIPPING S.A. and TRUVA SHIPPING CORP., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

      I have personally inquired or have directed inquiries into the presence of the defendants in this District.

      I have personally checked with the office of the Secretary of State of the State of New York, using the Secretary of State's Division of Corporations database, and I have determined that, as of June 10, 2008, the defendants are not incorporated pursuant to the laws of New York, and have not nominated any agent for the service of process within the Southern District of New York.

I have inquired of Verizon Telephone Company whether the defendants can be located within this District. The Verizon Telephone Company has advised me that the defendants do not have any telephone number listings within this District.

I have further consulted with several other telephone directories on the internet, and I have found no separate telephone listings or addresses for the defendants within this District.

I am unaware of any general or managing agent(s) within this District for the defendants.

In that I have been able to determine that the defendants have not appointed an agent for service of process within the Southern District of New York and that I have found no indication that the defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief that the defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon my own investigation that the defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Oyster Bay, New York
June 10, 2008

By:            CHALOS & CO, P.C.
Attorneys for Plaintiff
PHOENIX LOGISTIC LTD

_____
George M. Chalos (GC-8693)
123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Fax: (866) 702-4577
Email: gmc@chaloslaw.com